THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL t_stew_3@yahoo.com
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  CV 12-3317 LB |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| WALTER A. CONNOLLY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date:  January 1, 2013                           Date:  January 1, 2013


S/Walter A. Connolly,                            S/Thomas N. Stewart, III
Defendant                                        Attorney for Plaintiff

IT IS SO ORDERED:

Date: January 2, 2013                            _____
                                                 Judge/Magistrate

CV 12-3317 LB                     1